■ The People of the State of New York, Respondent, v Mesias Pina, Appellant. [995 NYS2d 532]—Appeals having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Catherine Bartlett, J.), rendered June 4, 2008, and an order, same court (Doris M. Gonzalez, J.), entered May 1, 2012, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and a decision and order of this Court having been entered on February 6, 2014, holding the appeals in abeyance, and upon the stipulation of the parties hereto dated June 9, 2014, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance

with the terms of the aforesaid stipulation (see M-3112A decided simultaneously herewith). Concur—Mazzarelli, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ.